No. 91–1447. BINGHAM v. INLAND DIVISION OF GENERAL MOTORS. C. A. 6th Cir. Certiorari denied. JUSTICE BLACKMUN would grant the petition, vacate the judgment, and remand the case for further consideration in light of the 1991 Amendments to Federal Rule of Civil Procedure 15(c).